UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANNY J. SETSER,

                        Plaintiff,

     v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                    Defendant.

Case No. 3:12-CV-05520-KLS

ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED *IN FORMA
PAUPERIS*

      Plaintiff's application to proceed *in forma pauperis* (ECF #1) is GRANTED. Plaintiff

does not appear to have funds available to afford the $350.00 filing fee.

      DATED this 25th day of June, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1